for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, Lee A. Jackson* and *Melva M. Graney* for respondent.

No. 618. EDWARDS ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Chester H. Ferguson* and *George W. Ericksen* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Robert B. Ross* for respondent.

No. 619. CHICAGO, ROCK ISLAND & PACIFIC RAILROAD Co. *v.* WRIGHT. Supreme Court of Oklahoma. Certiorari denied. *Robert E. Shelton* for petitioner. *Irving H. Green* and *Walter D. Hanson* for respondent.

No. 621. DAVIS *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. *Max Solomon* for petitioner.

No. 622. ALPHA SILK Co. ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *William A. Roberts, Irene Kennedy* and *Roger H. Muzzall* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Melvin Richter* for the United States.

No. 631. CONSOLIDATED FREIGHTWAYS, INC. *v.* UNITED TRUCK LINES, INC. C. A. 9th Cir. Certiorari denied. *Donald A. Schafer* for petitioner. *James A. Williams* for respondent.

No. 641. WHITIN MACHINE WORKS *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied. *Whiteford S. Blakeney* for petitioner. *Solicitor*

*General Soboloff, David P. Findling, Dominick L. Manoli* and *Frederick U. Reel* for respondent.

No. 669. FINN ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Soboloff* for the United States.

No. 627. SHANKS VILLAGE RESIDENTS ASSOCIATION, INC. ET AL. *v.* COLE, ADMINISTRATOR, HOUSING AND HOME FINANCE AGENCY. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Milton M. Carrow* and *Henry J. Fox* for petitioners. *Solicitor General Soboloff* and *Assistant Attorney General Morton* for respondent.

No. 630. BARD-PARKER CO., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *Stanley Worth* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Holland, Ellis N. Slack* and *Harry Baum* for respondent.

No. 242, Misc. ROBINSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Soboloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 308, Misc. WINSTON *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied. Petitioner *pro se. Edmund G. Brown,* Attorney General of California, and *Doris H. Maier,* Deputy Attorney General, for respondent.